PER CURIAM.

(No. 74-CC-772—)

ORLANDO AUTO TOP, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed December 6, 1974.*

ORLANDO AUTO TOP, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.